**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>                **Plaintiff,** )<br><br>    **vs.** )<br><br>DEMETRIUS D. GATSON, )<br><br>             **Defendant.** ) | **8:01CR138**<br><br>**ORDER** |

Defendant Demetrius D. Gatson appeared before the court on Thursday, November 17, 2005 on a Petition for Warrant or Summons for  Offender Under Supervision [30] and an Amended Petition for Warrant or Summons for  Offender Under Supervision [31].  The defendant  was represented by Assistant Federal Public Defender Jessica L. Milburn and the United States was represented by Assistant U.S. Attorney Frederick D. Franklin.  The government's  motion to dismiss petition [30] was granted.  Hearing held on the Amended Petition for Warrant or Summons for  Offender Under Supervision [31] only. Through his counsel, the defendant waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1).  The government moved for detention.  Through counsel, the defendant declined to present any evidence on the issue of detention and otherwise waived a detention hearing.  Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is neither a flight risk nor a danger to the community, the court finds the defendant has failed to carry his burden and that he should be detained pending a dispositional hearing before Judge Bataillon.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Bataillon.

      **IT IS ORDERED**:

1.      A final dispositional hearing will be held before  Judge Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at  3:30 p.m. on December 2, 2005.**  Defendant must be present in person.

2      The defendant, Demetrius D. Gatson, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3.      The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4.      Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

      DATED this 18th day of November, 2005.

                    BY THE COURT:

                    s/ F. A. Gossett
                    United States Magistrate Judge