IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:01CR138 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| DEMETRIUS D. GATSON, | ) ) | |
| Defendant. | ) ) | |

Defendant Demetrius D. Gatson appeared before the court on December 2, 2005 on a Petition for Warrant for Offender Under Supervision [30], and Amended Petition [31].  The defendant was represented by Assistant Federal Public Defender Jessica L. Milburn and the United States was represented by Assistant U.S. Attorney Frederick Franklin.  The defendant admits allegations 2,5 and 6.  Allegations 1,3,4, and 7 are withdrawn.  The defendant's oral motion to continue disposition hearing is granted.

IT IS ORDERED:

1. A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 8:30 a.m., on February 2, 2006.**  Defendant must be present in person.

2. Defendant is remanded to the custody of the United States Marshal.

Dated this 6th day of December, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge