IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:01CR138 |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER FOR TEMPORARY RELEASE** |
| DEMETRIUS D. GATSON, | ) ) ) | |
| Defendant. | ) | |

Before the court is defendant's motion for temporary release from custody in order to attend her uncle's funeral on April 1, 2006. The defendant's motion is granted. Accordingly,

IT IS ORDERED:

That the U.S. Marshal shall direct the Nebraska Department of Corrections facility in York, Nebraska to release the defendant to her sister, LaTonya Weaver, for noncustodial transportation to Roeder Mortuary in Omaha, Nebraska on April 1, 2006 from 6:00 a.m. until 5:00 p.m. at which time defendant will be returned to the Nebraska Department of Corrections facility in York, Nebraska.

DATED this 30th day of March, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
HON. JOSEPH F. BATAILLON
CHIEF UNITED STATES DISTRICT JUDGE