IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:01CR138 |
| ) | |
| Plaintiff, ) | **AMENDED** |
| ) | **ORDER OF RELEASE** |
| v. ) | |
| ) | |
| DEMETRIUS D. GATSON, ) | |
| ) | |
| Defendant. ) | |

Before the court is defendant's motion for temporary release from custody in order to attend her uncle's funeral on April 1, 2006 (Filing No. 45). The court is advised that the defendant is currently being held by the Nebraska Department of Corrections on a federal detainer pursuant to the court's order (Filing No. 30). The defendant's motion for release to attend her uncle's funeral is granted. Accordingly,

IT IS ORDERED:

1. That the court's order of Petition of Offender Under Supervision (Filing No. 30) is amended. The warrant for the defendant's arrest attached thereto is rescinded. The defendant is ordered released from custody.

2. The defendant is released to live in the home of her sister, Brandy Gatson, at 4536 Bedford Avenue, in Omaha, Nebraska.

3. The defendant is ordered to appear before this court on **Monday, April 3, 2006, at 9:30 a.m.** for further proceedings concerning her violation of supervised release.

4. This order supercedes the court's previous order of release this date (Filing No. 47).

DATED this 31th day of March, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
HON. JOSEPH F. BATAILLON
CHIEF UNITED STATES DISTRICT JUDGE