IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:01CR138 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| DEMETRIUS D. GATSON, | ) | |
| Defendant. | ) | |

Defendant Demetrius D. Gatson appeared before the court on April 3, 2006. The defendant was represented by Assistant Federal Public Defender Jessica L. Milburn and the United States was represented by Assistant U.S. Attorney Christian A. Martinez. The defendant's oral motion to continue disposition hearing pending placement for treatment is granted. The defendant's oral motion for release is granted as set forth below.

IT IS ORDERED:

1. A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 10:00 a.m., on July 7, 2006.** Defendant must be present in person. The hearing previously scheduled on April 20, 2006 is cancelled.

2. The defendant is released to live in the home of her sister, Brandy Gatson, at 4536 Bedford Avenue, in Omaha, Nebraska until a placement at Nova becomes available.

Dated this 3rd day of April, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge